Per Curiam.
 

 [¶ 1] Charles Bradford Odom appealed from a district court order denying his application for post-conviction relief. On appeal, Odom argues the district court erred in denying his application because the recently amended N.D.C.C. § 19-03.1-23(1)(a)(2) is a change in substantive law that should be applied retrospectively in the interest of justice. We summarily affirm under N.D.R.App.P. 35.1(a)(7),
 
 see
 

 State v. Iverson
 
 ,
 
 2006 ND 193
 
 , ¶ 8,
 
 721 N.W.2d 396
 
 (holding a statute lessening punishment may not be applied retroactively to final convictions because it would constitute an invalid exercise by the Legislature of the executive pardoning power).
 

 [¶ 2] Gerald W. VandeWalle, C.J.
 

 Jon J. Jensen
 

 Lisa Fair McEvers
 

 Daniel J. Crothers
 

 Jerod E. Tufte